filed 10/17/07 11:15 am

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLSTATE INSURANCE CO.,

    Plaintiff,

v.

GREG STATEN, et al.,

    Defendants.

Civ. No. 07-125-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#44) is adopted. Defendant Ingram's motion to dismiss or stay (#23) is denied.

IT IS SO ORDERED.

DATED this 17 day of October, 2007.

OWEN M. PANNER
U.S. DISTRICT JUDGE