FILED'07 DEC 20 09:58USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
ALLSTATE INSURANCE CO.,        )
                               )    Civil No. 07-125-CL
         Plaintiff,            )
                               )
    v.                         )
                               )
GREG STATEN, et al.,           )    ORDER
                               )
         Defendants.           )
```

**PANNER, Judge.**

Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party has filed objections to the Magistrate Judge's Report and Recommendation, this court reviews the legal rulings of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

I have reviewed the legal rulings de novo. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

2 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#56) is adopted. Plaintiff's motion for summary judgment (#32) is granted. Plaintiff does not have a duty to defend or indemnify defendant Staten.

IT IS SO ORDERED.

DATED this __20__ day of December, 2007.

_____
OWEN M. PANNER
United States District Judge

2 - ORDER